IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY KILLCREAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 13-0103-WS-B |
| | ) |
| PERFORMANT RECOVERY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the Joint Stipulation of Dismissal (doc. 18), signed by all parties by and through their respective counsel. The Stipulation reflects that the parties have resolved all claims between them, and that they now mutually consent to the dismissal of this action with prejudice.

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss her action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed. Accordingly, it is **ordered** that this action is **dismissed with prejudice**, each party to bear her or its own costs.

DONE and ORDERED this 9th day of September, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE